**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Aaron Ryan

                          Plaintiff,

v.                                                          Case No.: 1:25–cv–10986
                                                            Honorable Matthew F. Kennelly

Officer Kaedyn Urban, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 15, 2026:

        MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 4/15/2026. Rule 26(a)(1) disclosures are to be made by 5/15/2026. A joint status report with a proposed discovery and pretrial schedule is to be filed by 5/22/2026. The case is set for a telephonic status hearing on 5/29/2026 at 9:10 a.m. The following call–in number will be used for the hearing: 650–479–3207; access code 2305–915–8729. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.